**Affirmed as Modified and Opinion Filed July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00020-CR

**STEPHEN LEN HEJNY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-58342-S**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

Stephen Len Hejny appeals following his conviction for theft. In a single issue, appellant contends the judgment should be modified to reflect he entered an "open" plea of guilty. The State agrees the judgment should be modified as appellant asks. We modify the trial court's judgment and affirm as modified.

Appellant waived a jury, entered an open guilty plea to theft of property valued at $1,500 or more but less than $20,000, and true to two enhancement paragraphs alleging prior state jail felony convictions. *See* TEX. PENAL CODE ANN. §§ 31.03(a), (e)(4), 31.07(b), 32.31(d) (West

2011 & Supp. 2013).   After finding appellant guilty and the enhancement paragraphs true, the trial court assessed punishment at five years' imprisonment.

The judgment states there were terms of a plea bargain agreement.   Additionally, the judgment indicates no plea or finding on the second enhancement paragraph.   Thus, the judgment is incorrect.   We sustain appellant's sole issue.

We modify the judgment to show: (1) the terms of plea bargain were "open;" (2) the plea to second enhancement paragraph is true; and (3) the finding on the second enhancement paragraph is true.   *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).   As modified, we affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
130020F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEPHEN LEN HEJNY, Appellant

No. 05-13-00020-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 282nd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F12-58342-S).
Opinion delivered by Justice Bridges, Justices Francis and Lang-Miers participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** to show:

The section entitled "Terms of Plea Bargain" is modified to show "Open."

The section entitled "Plea to 2nd Enhancement/Habitual Paragraph" is modified to show "True."

The section entitled "Findings on 2nd Enhancement/Habitual Paragraph" is modified to show "True."

As modified, we **AFFIRM** the trial court's judgment.


Judgment entered July 25, 2014